UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00520-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICARDO RIVERA-VILLAREAL, a/k/a Ricardo Dominguez-Salazar, a/k/a Jorge Martinez-Nada, a/k/a Lalo Moya, a/k/a Cando Dominguez, a/k/a Cando Salazar,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, December 8, 2010,** and responses to these motions shall be filed by **Monday, December, 20 , 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact Chambers. It is

FURTHER ORDERED that a 2-day jury trial is set for **Monday, December 27, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: October 26, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge