UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00520-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICARDO RIVERA-VILLAREAL, a/k/a Ricardo Dominguez-Salazar, a/k/a Jorge Martinez-Nada, a/k/a Lalo Moya, a/k/a Cando Dominguez, a/k/a Cando Salazar,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was received in the above captioned matter on December 6, 2010.  Accordingly, the two-day jury trial set to commence Monday, Monday, December 27, 2010, at 9:00 a.m. is **VACATED.**  A Change of Plea Hearing is **SET** for **Monday, January 24, 2011, at 9:00 a.m.** in Courtroom A-1002.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated: December 7, 2010