UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00520-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICARDO RIVERA-VILLAREAL, a/k/a Ricardo Dominguez-Salazar, a/k/a Jorge Martinez-Nada, a/k/a Lalo Moya, a/k/a Cando Dominguez, a/k/a Cando Salazar,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea Hearing in this case is **RESET** to **Thursday, March 17, 2011, at 3:00 p.m.**

      Dated: December 21, 2010