**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   10-cr-00520-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  RICARDO RIVERA-VILLAREAL, a/k/a Ricardo Dominguez-Salazar, a/k/a Jorge Martinez-Nada, a/k/a Lalo Moya, a/k/a Cando Dominguez, a/k/a Cando Salazar**,

    Defendant.

---

ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the supervised release violation hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on January 7, 2015, it is hereby

ORDERED that Defendant Ricardo Rivera-Villareal is sentenced to **TIME SERVED.**

Dated:  January 7, 2015.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE